| | |
|---|---|
| KEN SANTOS-HERNANDEZ, | : UNITED STATES DISTRICT COURT |
| Petitioner | |
| VS. | |
| HOWARD HOLLAND, *et al* | : EASTERN DISTRICT OF PENNSYLVANIA |
| AND | |
| THE DISTRICT ATTORNEY OF CHESTER COUNTY, | : CIVIL ACTION |
| Respondents | : NO. 25-CV-1471 |

## **ENTRY OF APPEARANCE**

Please enter my appearance as counsel for Respondent, the District Attorney of Chester County, Pennsylvania, in the above captioned case.

Respectfully submitted,

March 27, 2025                                   /s/ Leslie Pike

_____          _____

DATE                                                       Leslie Pike
Assistant District Attorney
District Attorney's Office
Chester County Justice Center
201 West Market Street, P.O. Box 2746
West Chester, PA  19380-0989
(610) 344-6801
LPike@chesco.org