# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEN HERNANDEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOWARD HOLLAND | : | NO. 25-cv-1471 |

## ORDER

**AND NOW**, this 7th day of April 2025, it is hereby **ORDERED** that:

1. Respondent, the District Attorney, shall file an Answer to the Habeas Petition, on or before May 22, 2025. The Answer shall comply with Rule 5(b)-(d) of the Rules Governing Section 2254 Cases in the United States District Courts.

2. Petitioner may file a Reply to the Answer, on or before June 23, 2025.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge